IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| EMILY A. GARBARINO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 06-1630-PK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| THE CHRISTIE SCHOOL, a non-profit domestic corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Glenn Solomon
400 S.W. Sixth Avenue, Suite 600
Portland, Oregon 97204

  Attorney for Plaintiff

Scott Oborne
Mark Crabtree
Jackson Lewis LLP
806 S.W. Broadway, Suite 400
Portland, Oregon 97205

  Attorneys for Defendant

Page 1 - ORDER

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on September 26, 2007. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Plaintiff has filed objections and defendant has filed a response.

When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in the objections to the Findings and Recommendation, I find no error.

Accordingly, I ADOPT Judge Papak's Findings and Recommendation (#43) and GRANT defendant's Motion for Summary Judgment (#11).

IT SO ORDERED.

Dated this 31st day of October, 2007.

/s/ Garr M. King
Garr M. King
United States District Judge